NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1542

NOVARTIS PHARMACEUTICALS CORPORATION,
NOVARTIS PHARMA AG,
and NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD.,

Plaintiffs-Appellants,

v.

TEVA PHARMACEUTICALS USA, INC.,

Defendant-Appellee.

Robert L. Baechtold, Fitzpatrick, Cella, Harper & Scinto, of New York, New York, argued for plaintiffs-appellants. With him on the brief were Nicholas N. Kallas, Hugh C. Barrett, and Simon D. Roberts.

Henry C. Dinger, Goodwin Procter LLP, of Boston, Massachusetts, argued for defendant-appellee. With him on the brief were Shepard M. Remis, Roland H. Schwillinski, John T. Bennett, and Lana A. Shvartsman.

Appealed from: United States District Court for the District of New Jersey

Judge Dennis M. Cavanaugh

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1542


NOVARTIS PHARMACEUTICALS CORPORATION,
NOVARTIS PHARMA AG,
and NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD.,

Plaintiffs-Appellants,

v.

TEVA PHARMACEUTICALS USA, INC.,

Defendant-Appellee.


# **Judgment**


ON APPEAL from the    United States District Court for the
District of New Jersey

In CASE NO(S).    05-CV-1887.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, SCHALL and LINN, <u>Circuit</u> <u>Judges</u>):


<u>AFFIRMED</u>. <u>See</u> Fed. Cir. R. 36.


ENTERED BY ORDER OF THE COURT


DATE: <u>June 9, 2008</u>    <u>/s/ Jan Horbaly</u>
Jan Horbaly, Clerk